UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UDI FISHMAN, | No. 2:13-cv-2421 GGH P |
| Petitioner, | |
| v. | ORDER |
| GARY SWARTHOUT, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2014, petitioner filed a notice of change of address and a request for access to the law library, claiming he been prohibited access for the past six weeks due to all his recent transfers. It is true that petitioner was transferred to different prisons three times between December 2013 and January, 2014. Nevertheless, the screening order directed that a response to the petition be filed within sixty days of the December 16, 2013 order, and has not yet been filed. A reply would not be due until thirty days after an answer or motion is served. Therefore, petitioner's request is premature. If petitioner is denied library access when it is time to prepare his reply, petitioner may renew his motion at that time or request an extension of time in which to file such reply.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that: Petitioner's request for law library access, filed January 30, 2014 (ECF No. 8), is denied without prejudice to its renewal at a later time.

Dated: Feb. 11, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/fish2421.libr